This is to advise that on April 26, 2011

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 11-46

In action

Ct. No. 08-00330

Andaman Seafood Co., Ltd. et al.
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Ad Hoc Shrimp Trade Action Committee,
(Defendant-Intervenor.)